UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Warren E. Johnson Companies,
d/b/a Johnson Commercial Agents,

      Plaintiff,

  v.                          ORDER
                                   Civil No. 10-196(MJD/RLE)

Unified Brand, Inc., f/k/a
Foodservice Companies,

      Defendant.

_____

The above-entitled matter comes before the Court upon Plaintiff's

objection to the Report and Recommendation of Chief United States

Magistrate Judge Raymond L. Erickson dated June 8, 2010.  Plaintiff objects

to that portion of the Report and Recommendation that recommends that

this Court dismiss claim 1 with prejudice and dismiss that portion of claim

2 that asserts a claim for breach of implied covenant of good faith and fair

dealing by terminating the Agreement.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the

record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review the

Court will adopt the Report and Recommendation dated June 8, 2010, with

the exception of footnote 5.  The deadline to file amended pleadings in this case has not yet been determined, and Plaintiff should have the opportunity to file a formal motion to amend the Complaint as to claim 1.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss [Doc. No. 5] is GRANTED.  Claim 1 is dismissed without prejudice and Claim 2, to the extent Plaintiff asserts a claim for breach of implied covenant of good faith and fair dealing by terminating the Agreement, is dismissed with prejudice.


Date:    August 4, 2010

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court


Civil No. 10-196